[No. 20761.   *En Banc.*   February 10, 1928.]

BANK OF CALIFORNIA, *Respondent*, v. CLEAR LAKE LUMBER COMPANY
et al., *Appellants*, GREAT NORTHERN RAILWAY COMPANY,
*Respondent and Cross-Appellant.*[1]

Cross-appeals from a judgment of the superior court for Skagit
county, Joiner, J., entered March 25, 1927, upon findings in favor
of the plaintiff, in an action to foreclose a mortgage. Reversed.

*Bogle, Bogle & Gates, Cassius E. Gates, Thomas Smith*, and
*Edward G. Dobrin*, for appellants.

*Charles S. Albert* and *Edwin C. Matthias*, for respondent and
cross-appellant Great Northern R. Co.

PER CURIAM.—This is a companion case to *Bank of California v.
Clear Lake Lumber Co., ante* p. 543, 264 Pac. 705, and involves the
same issues, and on the authority of that case, the judgment is
reversed, with instructions to proceed in accordance with the
opinion in that case.

---

[No. 20815.   *En Banc.*   February 10, 1928.]

MILL & MINE SUPPLY COMPANY, *Plaintiff*, v. CLEAR LAKE LUMBER
COMPANY, *Defendant*, BANK OF CALIFORNIA, *Appellant*,
CLYDE WALTON et al., *Cross-Appellants.*[2]

Cross-appeals from an order of the superior court for Skagit
county, Joiner, J., entered November 23, 1926, upon findings in favor
of the defendant Clear Lake Lumber Company, determining the
priority of mortgages and receivership expenses. Affirmed.

*Peters & Powell, Robert H. Evans, Kerr, McCord & Ivey,
Chadwick, McMicken, Ramsay & Rupp, Horan & Mulvihill*, and
*Edwin C. Matthias*, for appellants.

*Bogle, Bogle & Gates, Cassius E. Gates, Thomas Smith*, and
*Edward G. Dobrin*, for respondents and cross-appellants.

PER CURIAM.—All of the matters involved in this case have been
covered in the opinion in *Bank of California v. Clear Lake Lumber
Co., ante* p. 543, 264 Pac. 705, and on the authority of that case, the
judgment is affirmed.

[1]Reported in 264 Pac. 714.
[2]Reported in 264 Pac. 714.